IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William M. Gustavson, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv717 |
| vs. : | |
| : | Judge Susan J. Dlott |
| City of Cincinnati, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on May 18, 2015 (Doc. 67), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 4, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff Gustavson is AWARDED an additional $7,500.00 for emotional distress damages.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court