IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William M. Gustavson, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv717 |
| vs. : | |
| : | Judge Susan J. Dlott |
| City of Cincinnati, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 27, 2015 (Doc. 78), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 13, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff Hayden's application for attorney fees (Doc. 73) is GRANTED in part.  Plaintiff Hayden is AWARDED $40,554.15 in attorney fees.

IT IS SO ORDERED.

                                                               ___s/Susan J. Dlott_____
                                                               Judge Susan J. Dlott
                                                               United States District Court